IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., and CEREMONY OF ROSES ACQUISITION LLC, | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:25-cv-01766 |
| | § | |
| vs. | § | |
| | § | |
| JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY, | § § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure, Rule 41 (a), Plaintiffs voluntarily dismiss the above captioned action without prejudice.

Dated: August 11, 2025        Respectfully Submitted,

By: /s/ Cara R. Burns
Cara R. Burns, Esq.
Attorney-In-Charge
Southern District of Texas Bar No. 111129
State Bar No. (CA) 137557
Mims, Kaplan, Burns & Garretson
28202 Cabot Road, Ste 300
Laguna Niguel, California 92677
Tel: (310) 314-1721
Fax: (949) 340-9737

1